1 | Frank Woodson
Navan Ward
2 | **BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
3 | 218 Commerce Street
P.O. Box 4160
4 | Montgomery, Alabama 36103
Telephone: 334-269-2343
5 | Facsimile: 334-954-7555
Attorneys for Plaintiffs
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX          **MDL NO. 1699**
MARKETING SALES PRACTICES AND        **District Judge: Charles R. Breyer**
13 | PRODUCT LIABILITY LITIGATION

14 | This Document Relates To:

15 | *Ammie Jean Fleming vs. Pfizer Inc, et al.*     **STIPULATION AND ORDER OF
(08-1433 CRB)                                  DISMISSAL WITH PREJUDICE**
16

17

18

19

20

21

22 | Come now Plaintiff in the above-entitled action and Defendants, by and through the

23 | undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 | stipulate to the dismissal of this action **with prejudice** as to all plaintiffs named therein with

25 | each side bearing its own attorneys' fees and costs.

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42583556.1

1

DATED: 10|22 2009     By: _____

2

3        **BEASLEY, ALLEN, CROW, METHVIN,
         PORTIS & MILES, P.C.**

4        218 Commerce Street
         P.O. Box 4160

5        Montgomery, Alabama 36103
         Telephone: 334-269-2343
         Facsimile: 334-954-7555

6

7        *Attorneys for Plaintiff*

8

DATED: Oct. 22, 2009     By: _____

9

10       **DLA PIPER LLP (US)**
         1251 Avenue of the Americas

11       New York, New York 10020
         Telephone: 212-335-4500
         Facsimile: 212-335-4501

12

13       *Defendants' Liaison Counsel*

14

15

16       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
         IT IS SO ORDERED.**

17

18       Dated: **OCT 2 8** 2009   _____

19                                 Hon. Charles R. Breyer
                                   United States District Court

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42583556.1